UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico Corporation,<br><br>　　　　Defendant. | Case No. 1:21-cv-00975-KG-GJF |

## **CERTIFICATION FOR ATTORNEYS IN GOOD STANDING**

COMES NOW Plaintiff, Arrowood Indemnity Company ("Arrowood"), by and through its undersigned local counsel of record, and hereby certifies the following:

1.　　Bruce D. Celebrezze is authorized to practice and in good standing with the United States District Courts for the State of California and the United States District Court of Appeals for the Ninth Circuit.  Mr. Celebrezze has not previously appeared pro hac vice in this matter and seeks an order authorizing him to appear on behalf of Arrowood Indemnity Company in the above-captioned cause of action.

2.　　Dean J. McElroy is authorized to practice and in good standing with the United States District Courts for the State of California.  Mr. McElroy has not previously appeared pro hac vice in this matter and seeks an order authorizing him to appear on behalf of Arrowood Indemnity Company, in the above-captioned cause of action.

3.　　Brian D. Harrison is authorized to practice and in good standing with the United States District Courts for the State of California and the United States District Court of Appeals for the Ninth Circuit.  Mr. Harrison has not previously appeared pro hac vice in this matter and seeks an order authorizing him to appear on behalf of Arrowood Indemnity Company, in the above-captioned cause of action.

WHEREFORE, Arrowood Indemnity Company, hereby notifies the Court and the parties of the association of Bruce D. Celebrezze, Esq., Dean J. McElroy, Esq., and Brian D. Harrison, Esq., with the undersigned counsel for Plaintiff, Arrowood Indemnity Company, in the above-captioned lawsuit.

Respectfully submitted,

CIVEROLO, GRALOW & HILL, P.A.

By: */s/ Lisa Entress Pullen*
    Lisa Entress Pullen
    David M. Wesner
    P. O. Box 93940
    Albuquerque, NM 87199
    Telephone:  505 842-8255
    Facsimile:  505 764-6099
    Email:  pullenl@civerolo.com

*Attorneys for Arrowood Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, a true copy of the foregoing Certification was filed with the Court's electronic filing system and served by that system on all parties and/or their counsel of record.

*/s/ Lisa E. Pullen*
Lisa Entress Pullen