IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARROWOOD INDEMNITY COMPANY,

    Petitioner

v.                                                        Civ. No. 21-0975 KG-GJF

ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE,

    Debtor-Respondent.

### ORDER REQUIRING CROSS DOCKETING

This matter comes before the Court on Petitioner's Motion to Withdraw the Bankruptcy Reference. (Doc. 1) (Motion). NM Bankr. Local Rule 5011-1 addresses such motions. It requires all papers to be cross-docketed "in th[e bankruptcy] court and the district court" once "a district court judge has been assigned." NM Bankr. Local Rule 5011-1. Aside from Petitioner's opening Motion, all remaining briefs were filed in the bankruptcy docket, Case No. 18-13027-t11. Such filings are under seal pursuant to the confidentiality protocols established by the Bankruptcy Court. (Doc. 794) in 18-13027-t11.

On November 17, 2021, Petitioner filed a Notice of Briefing Complete. (Doc. 5). Petitioner invites the Court to access the remainder of the Motion package via PACER on the bankruptcy docket. Even if the Court could do so – which it cannot – such procedure would render the District Court record incomplete. The Court will direct the parties to cross docket all joinders, responses, and replies as set forth below. All documents shall be filed under seal and limited to case participants in CM/ECF. More complex confidentiality protocols (*i.e.*, the email procedure used by the Bankruptcy Court) will require a separate motion.

    IT IS ORDERED:

1.  Within seven days of entry of this Order, Petitioner Arrowood Indemnity Company shall file under seal all joinders and replies to the Motion.

2.  Within seven days of entry of this Order, Respondent Roman Catholic Church of the Archdiocese of Santa Fe shall file under seal all responses to the Motion.

3.  If either party believes any other document is relevant to this Court's decision, such document must be filed within seven days of entry of this Order.

_____
UNITED STATES DISTRICT JUDGE