IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARROWOOD INDEMNITY COMPANY,

     Petitioner

v.                                    Civ. No. 21-0975 KG-GJF

ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE,

     Debtor-Respondent.

## ORDER TO SUPPLEMENT RECORD

This matter comes before the Court on Petitioner's Motion to Withdraw the Reference. (Doc. 1). Petitioner asks this Court to adjudicate the bankruptcy contested matter stemming from Debtor-Respondent's Motion to Compel Arbitration. Before the parties filed briefs in this Court, the Bankruptcy Court compelled arbitration, in part. (Doc. 14). The Bankruptcy Court set a status conference to address arbitration and claims estimation on December 17, 2021. *Id.* at 12. Petitioner Arrowood Indemnity Company shall file a written transcript in this record within 21 days after the status conference.

The Court hopes to clarify the following:

1. What is the current procedural posture of the dispute between Petitioner and Debtor-Respondent in the Bankruptcy Court?

2. What impact, if any, does the Bankruptcy Court ruling have on this Court's pending Motion to Withdraw the Bankruptcy Reference?

3. Are settlement discussions ongoing?

If either party wishes to add more information after the status conference, it may file an optional brief by the same deadline.

IT IS ORDERED:

1.  Petitioner Arrowood Indemnity Company shall provide a written transcript within 21 days after the Bankruptcy Court status conference, which is currently set for December 17, 2021.

2.  By the same deadline, the parties may file an optional brief as set forth above.

                                                                        UNITED STATES DISTRICT JUDGE